IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL SOTO GAMES, <br>                 Petitioner, <br><br> vs. <br><br> MICHAEL ROSE, Field Office Director of Enforcement and Removal Operations, Philadelphia Field Office, Immigration and Customs Enforcement; JAMAL L. JAMISON, Warden of Philadelphia Federal Detention Center, and PAMELA BONDI, in her official capacity as Attorney General of the United States, <br>                Respondents. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | No. 2:26-cv-00559 |

## ORDER

**AND NOW**, this 29th day of January 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) filed by the Petitioner, a Rule to Show Cause is hereby issued upon the Government to show cause, in a written response filed on the docket within seven (7) days, why the said Petition should not be granted.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the district of this Court while the above-captioned habeas corpus petition is pending.

**IT IS SO ORDERED**.

                                                                                      **BY THE COURT:**

                                                                                    */s/ John Milton Younge*
                                                                                    **JOHN MILTON YOUNGE, J.**